UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Yuhong Zhang,                          )
                                       )
                                       )
**Plaintiffs**                         )
                                       )
V.                                     )    CIVIL ACTION
                                       )    NO. 0 7 - 1 0 5
*Michael Chertoff*, as Secretary of the Department )
of Homeland Security;                  )
*Eduardo Aguirre*, Director of U.S. Citizen and )
Immigration Services;                  )
*Robert S. Muller*, Director of Federal Bureau of )
Investigation                          )
                                       )
**Defendants**                         )
                                       )
                                       )

**PLAINTIFF'S ORIGINAL COMPLAINT
FOR WRIT IN THE NATURE OF
MANDAMUS & DECLARATORY JUDGEMENT**

NOW come the Plaintiff, Dr. Yuhong Zhang, by and through **Pro Se**, in the above-captioned matter, and hereby states as follows:

1. This action is brought against the Defendants to compel action on the clearly delayed processing of I-485 Applications filed by the Plaintiff, Dr. Yuhong Zhang. The applications were filed and remain within the jurisdiction of the Defendants, who have improperly handled and delayed processing the applications to Plaintiff's detriment.

**PARTIES**

2. Plaintiff, Dr. Yuhong Zhang, resides at 25 Marvin Drive C8, Newark Delaware, alien number 099-087-927, is the primary applicant of an I-485, Application to Register Permanent Resident or Adjustment of Status along with his wife Xiuzhi Li (A# 099-087-624) as the derivative beneficiary, filed with the USCIS on September 27, 2005. Dr.

1

Yuhong Zhang, appears before this honorable court on his own behalf as an individual, and on behalf of the derivative beneficiary – his wife Xiuzhi Li.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4. Defendant Eduardo Aguirre is the Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g)(2)(ii)(B).

5. Defendant Robert S. Mueller, III, Director of Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances of Plaintiff's cases.

## JURISDICTION

6. Jurisdiction in this case is proper under 28 USC §§ 1391 and 1361, 5 USC §701 et seq., and 28 USC §2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

7. Venue is proper in this court, pursuant to 28 USC §1391(e), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

## EXHAUSTION OF REMEDIES

8. The Plaintiff has exhausted his administrative remedies. The Plaintiff has supplied the USCIS and FBI documents that clearly establish his eligibility to Register Permanent Resident or Adjust Status.

## CAUSE OF ACTION

9. Plaintiff properly filed and applied Adjust for permanent resident for I-485 based on employment-based first category - Alien with extraordinary ability EB1(a) I140, Application to Register Permanent Resident or Adjust Status, pursuant to Section 245 of the Immigration & Naturalization Act on September 27, 2005. Attached hereto as **Exhibit A** in an acknowledgement document by the USCIS and approval notice of I140.

10. This petition along with an I-140 and supporting documentation was filed by the plaintiff himself based on extraordinary ability Eb1(a) – the highest priority category on September 27, 2005. Plaintiff and derivative beneficiary have already been through Fingerprinting processes and submitted to USCIS the respective dates when they were filed. Plaintiff has already used 2 EAD (Employment Authorization Department) cards and 2 Travel Parole Applications that were granted to them by USCIS.

11. An immigration visa number is immediately available to the Plaintiff at the time of filling this complaint.

12. Since February 2006, Plaintiff has been contacting USCIS about the case status regularly to figure out why the processing of the case has been delayed and has received no definitive responses or relief.

13. On March 17, 2006, USCIS sent a notice to request for more evidence, and the Plaintiff promptly responded to them, and as the website shows, USCIS received the response.

14. On June 24, 2006, Plaintiff and derivative beneficiary provided the required documents and got a response from Vermont USCIS that they received our responses and we should receive a written decision within 60 days. But until as of today, the Plaintiffs have not received any decision from USCIS.

15. On June 28, 2006, the Plaintiff emailed Senator Biden's office to asking for help through in order to get the case Adjudicated and FBI Name check finalized but they have also been unable to get a more detailed response from the Defendants.

16. On June 30, 2006, the Plaintiff received a letter from Senator Thomas Carper's office indicating that USCIS notified the senator's office that the plaintiff should expect a written decision within next 60 days; however, as of today on February 21, 2007, the plaintiff has not received any decision. Attached Senator's letter as **Exhibit B.**

17. On July 6, 2006, the Plaintiff requested assistance again from Senator Thomas R. Carper's office to help inquire the status of I485, and the Plaintiff was told I485 was stuck FBI name check since September 2005. Senator Carper's office told the Plaintiff that a decision would be made within next 60 days.

18. On August 7, 2006, the Plaintiff requested assistance from the First Lady Laura Bush's

3

office to help inquire the status of I485, and the Plaintiff got a response from FBI indicating they received the letter from Ms. Bush's office. Attached hereto as **Exhibit C**.

19. On September 14, 2006, the Plaintiff sent out an email to rfs.regs@dhs.gov to inquiring the status of name check and got no response from the defendants.

20. On October 11, 2006, the Plaintiff requested assistance from Senator Thomas R. Carper's office again to help inquire the status of I485, and the Plaintiff was told I485 was stuck FBI name check since September 2005. Senator Carper's office notified the Plaintiff that they could do nothing to help in FBI name check. Attached hereto as **Exhibit D**.

21. On November 29, 2006, Plaintiff decided to file a FOIPA(Freedom of Information Privacy Act) to see if the reason behind the FBI Name Check Clearance delay was due to a Record in the FBI Central Record System(CRS). Attached hereto as **Exhibit E**. The FBI name check is made against the CRS system which is updated by 20 other agencies for various reasons.

22. On January 8, 2007, Plaintiff, got a response back from David M. Hardy, Section Chief of CRS stating that there were "**No Records**" or "**Hits**" in the system based on the name provided by the Plaintiff. Attached hereto as **Exhibit F**. This is the same system coincidently that the FBI make repeated Name Check inquiries against on behalf of USCIS for all applicants filing for Permanent Residency in the light of September 11, 2001.

23. On January 31, 2007, Plaintiff received another letter from David M. Hardy, Section Chief of CRS stating that there were "**No Records**" or "**Hits**" again in the system based on the name provided by the Plaintiff. This letter assured the Plaintiff that Name Check Clearance especially since the Plaintiff had "No Record" or "Hit" in the CRS system. However, Defendants have shown no signs of assistance in anyway shape or form to assist in the Plaintiff's issue. Defendants have truly no interest in adjudicating the Plaintiff's case anytime soon. Attached hereto as **Exhibit G**.

24. On February 5, 2007, Plaintiff visited local USCIS office in Dover Delaware through an INFOPASS appointment, and got a response that the case is still pending. Other than that, the office refused to provide any further information. The defendants even refused to answer when they sent the name check request to FBI office. Because there is "**No records**" on FBI database, the Plaintiff has no idea whether this case's delay is due to name check or USCIS has lost the case. Attached hereto as **Exhibit H**.

25. On November 29, 2005, Plaintiff mailed a letter to the USCIS Vermont Service Center requesting some closure on the FBI Name Check Clearance but the Vermont USCIS has not responded back to the Plaintiff. Attached hereto as **Exhibit I**.

26. The Plaintiff made several appeals to the Department of Justice requesting that they look into the Name Check Clearance on behalf of the Plaintiff, and ask the FBI to expedite his

4

Clearance. To which the Defendants replied back, with no definitive answer to the request. Also, Plaintiff was made aware that the one of the only ways an FBI Name Check would be expedited was through a Writ of Mandamus.

27. The Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law.
    (a) Specifically, Plaintiff Dr. Yuhong Zhang and his derivative beneficiary, has been unable to obtain legal permanent residence, travel and work without restriction and accrue time to be eligible for Naturalization as a citizen of the United States.
    (b) Plaintiff Dr. Yuhong Zhang, an extraordinary ability alien, an expert in the fields of dynamics and control, cannot fully apply his knowledge and expertise to the interests of this national to full extent due to this delay.
    (c) Plaintiff Dr. Yuhong Zhang has lost a significant work time while pursuing his adjustment of status application, making inquiries with USCIS, meeting with lawyers, applying for yearly work authorization renewals, reporting for fingerprinting, and otherwise pursuing his delayed permanent residency.

28. The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 et seq., are unlawfully withholding action on the Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regards to the Plaintiff's case. Defendants have not even setup an interview with the Plaintiff since filing the I-485 on September 27, 2005.

29. Though the role of Defendants is pivotal in securing the civilians of the United States of America from people planning to do harm on American soil, the Defendants actions in adjudicating the Plaintiff's case have clearly gone beyond the expected 120 days to 1 year processing time and have failed to adhere to their own regulations. According to the processing time from USCIS' official website, the current processing time for Vermont Center is May 18, 2006. The Plaintiff's case was submitted on September 27, 2005.

30. The defendants have failed to properly adjudicate this petition. They have failed to adhere to their own regulations and have improperly delayed the processing of the Plaintiff's I-485 Application after the Plaintiff had submitted a properly executed application. It has been 18 months since the Plaintiff has filed his I-485 application.

31. Defendants have clearly not adjudicated or enquired on behalf of the Plaintiff since September 27, 2005. If the Defendants would have even checked the Name Check inquiry a year later they would have found out that the Plaintiff has had "No Record" or "Hit" in the CRS system. 18 months for a FBI Name Check Clearance when the Plaintiff has "No Record" or "Hit" is not right.

32. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedures. The Plaintiff has done everything to get his case Adjudicated but the Defendants have clearly not given the

Plaintiff any form of relief.

33. Defendants' delay in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have inappropriately refused to adjudicate the petition, thereby depriving them of the rights to which the Plaintiff and derivative beneficiary are entitled.

34. If prevails, the Plaintiff will seek attorney's fees and other costs under the Equal Access to Justice Act (EAJA), as mentioned, 5. U.S.C. § 504 and 28 U.S.C. § 2412.

35. By failing to render timely decision on Petitioner's application, Defendants have violated the Administrative Procedures Act and this constitutes agency action that is arbitrary and capricious, and not in accordance with law. 5 U.S.C. § 701 et seq., 702, 706 ("agency action unlawfully withheld or unreasonably delayed" under § 706(1)) and 5 U.S.C. § 555.

36. The Plaintiff contend that Defendants' actions and decisions relating to delays in AOS adjudication and attendant procedures are unconstitutional, violate the INA, and are arbitrary and capricious and seek a declaration to that effect under 28 U.S.C. § 2201. Defendants have failed to discharge their mandated official duties. As a result, Petitioner has suffered and continues to suffer irreparable harm and damages entitling him to declaratory, injunctive and other relief.

## PRAYER

37. WHEREFORE, in view of the arguments and authority noted herein, the Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    (a)    requiring Defendants to properly adjudicate Plaintiff's application for action on an approved petition;
    (b)    requiring Defendants to provide the Plaintiff with a Notice of Approval;
    (c)    granting such other relief at law and in equity as justice may require.

Respectfully Submitted,

Yuhong Zhang   2/21/2007
**PRO SE**
25 Marvin Drive Apt C8
Newark, Delaware
Telephone ( 302)345-5149
yhzhang@udel..edu

EXA I140

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-05-256-50345 | | CASE TYPE I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE<br>September 27, 2005 | PRIORITY DATE<br>September 22, 2005 | PETITIONER<br>ZHANG, YUHONG |
| NOTICE DATE<br>February 26, 2006 | PAGE<br>1 of 1 | BENEFICIARY A099 087 927<br>ZHANG, YUHONG |
| YUHONG ZHANG<br>25 MARVIN DRIVE C8<br>NEWARK DE 19713 | | Notice Type: Approval Notice<br>Section: Alien of Extraordinary<br>Ability, Sec.203(b)(1)(A) |

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 01/31/05) N

EXA I485

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-05-256-50316 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
|---|---|---|---|
| RECEIVED DATE<br>September 22, 2005 | PRIORITY DATE | APPLICANT A99 087 927<br>ZHANG, YUHONG | |
| NOTICE DATE<br>September 27, 2005 | PAGE<br>1 of 1 | | |

YUHONG ZHANG
25 MARVIN DRIVE C8
NEWARK DE 19713

Notice Type: Receipt Notice

Amount received: $ 385.00
Section: Adjustment as direct
beneficiary of immigrant
petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you.
- If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-90, I-485, or I-698 application**
**Biometrics - (fingerprint, photo, signature)**
The next step is to have your biometrics taken at a USCIS Application Support Center (ASC).
Call customer service at 1.800.375.5283 to schedule your appointment. For hearing impaired, TDD assistance call 1.800.767.1833. It is important that you schedule your appointment. We cannot complete certain steps in processing until you appear for this appointment.
**What to bring to your appointment** - You must bring this letter and a photo identification to your appointment. Acceptable kinds of photo identification are:
A passport or national photo identification issued by your country,
A drivers license,
A military photo identification, or
A state issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283

Form I-797C (Rev. 08/31/04) N

THOMAS R. CARPER
DELAWARE

Ex B

# United States Senate
WASHINGTON, DC 20510-0803

June 30, 2006

Mr. Yuhong Zhang
25 Marvin Drive
Apartment C8
Newark, Delaware 19713

Dear Mr. Zhang:

    Thank you for contacting me to request the status of a Petition for Legal Permanent Relative that was submitted to the U.S. Citizenship and Immigration Services (CIS).

    I have asked my staff member, Ms. Marjorie Biles, to contact the CIS on your behalf. The CIS informed Ms. Biles that your case is currently under review and pending a decision. According to the CIS, you can expect to receive written notification regarding this case within the next sixty days. I hope you find this information helpful.

    Please do not hesitate to contact me regarding future federal issues of interest to you. Again, thank you.

Sincerely,

*Tom Carper*

Thomas R. Carper
United States Senator

*[handwritten notes:]*
Wait until 8/24/2006
6/24/2006
then dial 12624
1-800-375-5283    19713
(1) NC status
(2) FP status
VSC center
EAC05-256-50316   EB1(a)

Ex B

Senator Thomas R. Carper
Washington, DC 20510-0803
Tel: (302) 856-7690

July 6, 2006

Yuhong Zhang, Ph.D.
25 Marvin Drive C8
Newark, DE 19713

Dear Senator Carper:

I am writing this letter to express my thanks for your prompt response regarding my I485 Adjustment of Status with U.S. Citizenship and Immigration Service (USCIS). I appreciate your help.

I have obtained similar response from USCIS when I called them yesterday. The problem is not about USCIS. Before USCIS can approve any immigration case, they have to first get name check results from FBI, where the delay happened for almost a year. The difficulty for me now is that I cannot find out whether FBI has cleared the name check for me or not. I am not sure whether your office can help to find out this information from or not. If you can, it would be great to help me find out that information from FBI.

Thank you very much. I look forward to hearing back from you soon.

Sincerely,

[signature] 7/6/2006
Yuhong Zhang
Research Associate at University of Delaware.

EX C

Ms. Laura Bush
First Lady of United State
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500
 Tel: 202-456-1111

August 7, 2006

**RE: FBI Name Check Status – I485 EAC05-256-50316**

Dear Ms. Laura:

My name is Yuhong Zhang, and I am currently a research associate of University of Delaware. I am writing to ask for your sincere help to inquire the status of my I485 (EAC-05-256-50316) adjustment to permanent residence, which was submitted to Vermont Service Center on September 27, 2005, pending for almost one year. The long waiting of my I485 has adversely affected my current research job for US army and Navy, and has caused serious both financial and spiritual sufferings for me and my family, and my two children. My application for I485 is based on the approved I140 (EAC-05-256-5045) – in the category of alien of extraordinary ability EB1(a), which has first priority.

According to the response letter I received from Vermont center, my name is still under FBI name check and security check, which is pending for almost one year. I wonder whether you can help to inquire with FBI the status of my background check and request for an expedite process of my name check.

Thank you very much for your kind help, and I look forward to hearing from you soon. If you need more information, please contact me by phone: 302-831-8493, Fax: 302-831-8525, or Email: yhzhang@udel.edu.

Sincerely,

Yuhong Zhang  8/7/2006

A #: A99-087-927
SSN: 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
Birth date: 2/23/1971
Address: 25 Marvin Drive C8, Newark, DE 19713
Phone number: 1-302-345-5149
E-mail address: yhzhang@udel.edu

EX D

Senator Thomas R. Carper
Washington, DC 20510-083
Tel: (302) 856-7690

October 11, 2006

Yuhong Zhang, Ph.D.,
25 Marvin Drive C8
Newark, DE 19713

Dear Senator Carper:

I wrote you a letter before about my green card application. In your response letter dated on June 30, 2006, you told me that CIS would give me a written notification on my pending case. So far I have not heard from them.

As far as I understand, my case is pending because of FBI background check. My case has been stuck there since August 17, 2005. It has been more than one year, and the finger print will going to expire soon. This delay has caused me significant suffers both financially and spiritually. I would greatly appreciate if your office can help put an inquiry to FBI and request an expedite processing of my case.

Thank you very much and I look forward to hearing from you soon.

Sincerely yours,

Yuhong Zhang    10/11/2006

Enclosures

EX E

Yuhong Zhang
25 Marvin Drive C8
Newark, Delaware 19713

**Nov 29, 2006**

David M. Hardy, Chief
Record/Information dissemination Section
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D. C. 20535
Fax: (202)-324-3752

**SUB: PRIVACY ACT REQUEST**

Dear Mr. Hardy:

Under the Freedom of Information Act, 5 U.S.C section 552 and the Privacy Act, 5 U.S.C section 552a, please furnish me with copies of all records about me indexed to my name or my identifying information, maintained in the Central Records System (CRS)

To help identify information about me in your records systems and/or programs, I am providing the following identifying information:

Full Name: Yuhong Zhang
Date of Birth: February 23, 1971
Social Security Number: 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
Current Address: 25 Marvin Drive C8, Newark, DE 19713
Home Phone Number: 302-266-6352
A number: 099087927

If you have any questions about handling this request, please call me at: 302-345-5149 or mail me. Thank you.

Sincerely,

*[signature: Yuhong Zhang]*
Yuhong Zhang



EX 1-

**U.S. Department of Justice**

**Federal Bureau of Investigation**

Washington, D.C. 20535

January 8, 2007

MR. YUHONG ZHANG
APARTMENT C8
25 MARVIN DRIVE
NEWARK, DE 19713

Request No.: 1066048-000
Subject: ZHANG, YUHONG

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure

Ex G



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

January 31, 2007

MR. YUHONG ZHANG
APARTMENT C8
25 MARVIN DRIVE
NEWARK, DE 19713

Request No.: 1066048- 000
Subject: ZHANG, YUHONG

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure

EX H





**Name:** Yuhong Zhang

**Appointment Type:** Question about case

**Confirmation No.:** DVD-07-245

**Authentication Code:** 522f

**Appointment Date:** February 5, 2007

**Appointment Time:** 12:00 PM

Location: 1305 MCD DRIVE, Dover, 19901; LOBBY

**This is your Confirmation Number:**

*DVD-07-245*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
46713

The Immigration office is right on the side of the South Little Creek Rd (no sign of MCD DR)

Results:
No Useful Info, told name check
Finger Print expired

Ex I

Yuhong Zhang
25 Marvin Drive C8
Newark, Delaware 19713

Nov 29, 2006

Immigration and Naturalization Service
Vermont Service Center
75 Lower Welden Street
Saint Albans, VT 05479-0001
Phone: (800)-375-5283

**SUB: Case Out of Processing Time**

Dear Officer:

I am writing to inquiry the status of I485 – Case Number **EAC-05-256-50316**, submitted on September 22, 2005 based on an approved I140. The current process time for this category is February 05, 2007 already.

I also need to know whether I should re-do finger print or not. Thank you very much for your help. The following is my information:

Full Name: Yuhong Zhang
Date of Birth: February 23, 1971
Social Security Number: 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
Current Address: 25 Marvin Drive C8, Newark, DE 19713
Home Phone Number: 302-266-6352
A number: 099087927
Receipt Number: EAC-05-256-50316

If you have any questions about handling this request, please call me at: 302-345-5149 or mail me. Thank you.

Sincerely,

Yuhong Zhang

07-105

JS 44 (Rev. 11/04)   **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Yuhong Zhang

(b) County of Residence of First Listed Plaintiff: New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
25 Marvin Drive Apt CF
Newark DE 19713

## DEFENDANTS
Eduardo Aguirre
Robert S. Muller
Michael Chertoff

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | [X] 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
[X] 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1331  28 USC 1361, 5 USC 555

Brief description of cause: Defendants have not adjudicated the applications required by law

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE: 2/22/2007
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07 - 1 0 5

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___3___ COPIES OF AO FORM 85.

FEB 2 2 2007

_____          _____
(Date forms issued)                (Signature of Party or their Representative)

                                   (Printed name of Party or their Representative)

                                        Yuhong Zhang

Note: Completed receipt will be filed in the Civil Action

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:   C.A.#   0 7 - 1 0 5

CASE CAPTION: _____ v. _____

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

      I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: 2/22/2007     Signed: _____
                                                Pro Se Plaintiff

FEB 2 2 2007

Date Received by Clerk's office: _____   Signed: _____
                                                            Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc:  Docketing Clerk

wp\forms\rule4receipt 2-04