1  Yuhong Zhang
2  Pro Se
   25 Marvin Drive C8
3  Newark, DE 19713

4

5              UNITED STATES DISTRICT COURT
                   DISTRICT OF DELAWARE
6                      (Wilmington, DE)

7

8  Yuhong Zhang, Pro Se            Case No. 07-105
   A 099-827-927
9
              Plaintiff,
10
11    Vs.
                                    CERTIFICATE OF SERVICE
12  MICHAEL CHERTOFF, Secretary of
    Department of Homeland Security;
13  EMILIO T. GONZALEZ, Director,
    United States Citizenship and
14  Immigration Services ("USCIS");
    ROBERT S. MUELLER, Director,
15  Federal Bureau of Investigations
16  ("FBI");
              Defendants.
17



FILED
MAR - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

18

19

20   1. I, Yuhong Zhang, certify that on February 26, 2007, I sent a copy of WRIT IN THE
        NATURE OF MANDAMUS & DECLARATORY JUDGEMENT UNDER 28 U.S.C
21      § 1361 to:
            Colm F. Connolly
22          United States Attorney
23          District of Delaware
            P. O. Box 2046
24          Wilmington, Delaware 19899
25      And a copy to:
            Alberto R. Gonzales, United States Attorney General
26          U.S. Department of Justice
            950 Pennsylvania Ave., NW
27          Washington, D.C. 20530-0001
28

Certificate of Service                                          Page 1 of 2
Case No: 07-105

2. I, Xiuzhi Li, certify that I served the summons and a copy of WRIT IN THE NATURE OF MANDAMUS & DECLARATORY JUDGEMENT UNDER 28 U.S.C § 1361 on each person listed below addressed as follows by CERTIFIED MAIL with RETURN RECEIPT REQUESTED with USPS mail:

    A.    Certified Mail # 7006 3450 0003 9793 4488 Served on Feb 22, 2007
            **Michael Chertoff**, Secretary of the Department of Homeland Security
            Office of the General Counsel
            U. S. Department of Homeland Security
            Washington, D. C. 20528

    B.    Certified Mail # 7006 3450 0003 9793 4495 Served on Feb 22, 2007
            **Emilio Gonzalez**, Director of U.S. Citizenship and Immigration Services
            Office of Chief Counsel
            20 Massachusetts Ave., Room 4025
            Washington, D.C. 20529

    C.    Certified Mail # 7006 3450 0003 9793 4334 Served on Feb 22, 2007
            **Robert S. Mueller**, Director of Federal Bureau of Investigation
            Office of the General Counsel of the FBI
            935 Pennsylvania Ave., NW
            Washington, D.C. 20535-0001

Please refer to the attached copies of the USPS mail tracking results with Certified Mail Receipts.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: February 26, 2007

*Yuhong Zhang*
Plaintiff, Pro Se
*25 Marvin Drive C8*
*Newark, DE 19713*
*Tel: 302-345-5149.*

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.11 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.36 |

7006 3450 0003 9793 4495

Sent To: Eduardo Aguirre, Director
Street, Apt. No.; or PO Box No.: 20 Massachusetts Ave NW
City, State, ZIP+4: Washington DC 20529

USCIS

---

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.11 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.36 |

7006 3450 0003 8794 4334

Sent To: Robert S Mueller, Director FBI
Street, Apt. No.; or PO Box No.: 935 Pennsylvania Ave NW
City, State, ZIP+4: Washington DC 20535

---

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.11 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.36 |

7006 3450 0003 9793 4488

Sent To: Michael Chertoff
Street, Apt. No.; or PO Box No.: Office of General Counsel
City, State, ZIP+4: US DHS Washington DC 20528

Label/Receipt Number: **7006 3450 0003 9793 4495**
Detailed Results:

- Delivered, February 26, 2007, 12:06 pm, WASHINGTON, DC 20529
- Arrival at Unit, February 26, 2007, 10:06 am, WASHINGTON, DC 20022
- Acceptance, February 22, 2007, 4:24 pm, NEWARK, DE 19711

Label/Receipt Number: **7006 3450 0003 9793 4334**
Detailed Results:

- Delivered, February 27, 2007, 4:31 am, WASHINGTON, DC 20535
- Notice Left, February 26, 2007, 10:52 am, WASHINGTON, DC 20535
- Arrival at Unit, February 26, 2007, 10:41 am, WASHINGTON, DC 20022
- Acceptance, February 22, 2007, 4:26 pm, NEWARK, DE 19711

Label/Receipt Number: **7006 3450 0003 9793 4488**
Detailed Results:

- Delivered, February 26, 2007, 11:16 am, WASHINGTON, DC 20528
- Arrival at Unit, February 26, 2007, 10:03 am, WASHINGTON, DC 20022
- Acceptance, February 22, 2007, 4:27 pm, NEWARK, DE 19711

From: Yuhong Zhang
25 Martin Drive Ct
Newark DE 19713

To: U.S District Court - District of Delaware
clerk's office
844 N King Street
Wilmington DE 19801

WILMINGTON DE 197
01 MAR 2007 PM 1 L

U.S.M.S
X-RAY