Yuhong Zhang

25 Marvin Drive C8

Newark, Delaware 19713

Office of the Clerk

United States District Court

844 N. King Street, Lockbox 18

Wilmington, Delaware 19801

**April 3, 2007**

**RE: Case Number - 07-cv -105**

**Case Name: Zhang Vs. Chertoff et al**



Dear Mr/Ms. Clerk:

I am writing to dismiss the above-mentioned case (Case No: 07-105) filed on Feb 28, 2007 by Yuhong Zhang, Pro se. My application of adjustment to permanent resident I485 case was approved recently, and I received my green card on April 1, 2007. Thus I am writing to request dismiss this case.

Thank you very much for your attention. If you need any further information, you can call me at 302-345-5149 or email: yhzhang@udel.edu.

Sincerely,

Yuhong Zhang

From: Yuhong Zheng
25 Marvin Dr, C-8
Newark, DE 19713

To: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801