IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

YUHONG ZHANG,                           :
                                        :
        Plaintiff,                      :
                                        :
    v.                                  : Civil Action No. 07-105-JJF
                                        :
MICHAEL CHERTOFF, Secretary             :
Of the Department of Homeland           :
Security; EDUARDO AGUIRRE,              :
Director of U.S. Citizenship            :
and Immigration Services;               :
ROBERT S. MUELLER,                      :
Director of Federal Bureau of           :
Investigation,                          :
                                        :
        Defendants.                     :

### ORDER

WHEREAS, by letter dated April 3, 2007, Plaintiff advised the Court that he wished to dismiss the case and requested that the Court dismiss the case (D.I. 4);

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Complaint in this action is **DISMISSED** without prejudice.

April 16, 2007

_____
UNITED STATES DISTRICT JUDGE